# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                  No. 18-cv-1078 CG/SMV

**2016 RANGE ROVER SPORT**
**VIN: SALWR2VF7GA578165 and**
**$20,200.00 IN UNITED STATES CURRENCY,**

    **Defendants.**

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte. At the most recent status conference, held on July 11, 2019, counsel for Plaintiff indicated that it was close to settling with claimant JP Morgan Chase Bank. [Doc. 13]. Counsel anticipated securing a settlement agreement with a day or two. *Id.* Nearly four months have passed with no further action reflected on the docket. Accordingly, counsel for Plaintiff must file a status report no later than **December 3, 2019**, explaining the status of negotiations with claimant JP Morgan Chase Bank and any other claimant, along with counsel's plans to resolve this action in its entirety.

    **IT IS SO ORDERED.**

                                              **STEPHAN M. VIDMAR**
                                              **United States Magistrate Judge**