## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CV No. 18-1078 CG/SMV

$20,200.00 IN UNITED STATES CURRENCY,

    Defendant-in-rem.

### ORDER GRANTING DEFAULT JUDGMENT AND ORDER OF FORFEITURE

**THIS MATTER** is before the Court on Plaintiff United States of America's *Motion for Default Judgment* (the "Motion"), (Doc. 19), filed November 20, 2019. In the Motion, the United States of America requests the Court enter a Default Judgment, pursuant to Federal Rule of Civil Procedure 55(b)(2), against Defendant $20,200.00 in United States currency. (Doc. 19).

The Court, having reviewed the Motion and the relevant law, **HEREBY FINDS**:

1. The statements contained in the *Request for Clerk's Entry of Default*, (Doc. 16), the Clerk's *Entry of Default*, (Doc. 17), and the *Motion for Default Judgment*, (Doc. 19), are true; and

2. The Court has jurisdiction over the parties and the subject matter of this action and has power to enter a Default Judgment.

**IT IS THEREFORE ORDERED** that Default Judgment is entered in favor of the United States as to Defendant $20,200 in United States Currency. **IT IS FURTHER ORDERED** that all right, title and interest in the Defendant Currency is forfeited to the United States and title thereto is vested in the United States.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE